## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                                                           PLAINTIFF

V.                                                                  CIVIL ACTION NO. 3:13-CV-895-KS-MTP

VICKSBURG HEALTHCARE, LLC.                                                                     DEFENDANT

### ORDER

On January 5, 2017, Defendant, Vicksburg Healthcare, LLC, filed its Motions *In Limine* [138][139][140] and the EEOC filed its Motion *In Limine* [141]. Pursuant to the Amended Case Management Order [48], responses to these motions are due seven days prior to the pretrial conference, currently scheduled for January 19, 2017, making responses due on or before **January 12, 2017**.

SO ORDERED AND ADJUDGED this the   6th   day of January, 2017.

                                                            s/Keith Starrett
                                                   KEITH STARRETT
                                                   UNITED STATES DISTRICT JUDGE